UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No**:** 1:14-cv-14197-LTS

PEDRO TURCIOS
Plaintiff

v.

STRAUSS, FACTOR, LAING & LYONS
Defendant

## 60 DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

By the Court,

 /s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

1/5/2015

To: All Counsel